USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFF BACHNER,

        Plaintiff,

  -against-

GOLDEN KRUST CARIBBEAN BAKERY, INC.

        Defendant.
------------------------------------------------------------X

ORDER

19-CV-7032 (ALC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on January 9, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the parties submit to the Court, on or before January 23, 2020, a letter respecting the status of this action.

Dated: New York, New York
      January 10, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE